FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2010 JUL 20 AM 11:51
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOHN BARTOW REYNOLDS,

    Plaintiff,

v.

GLENN MOURIDY
JOHNSON & FREEDMAN, LLC
CHASE HOME FINANCE, INC, and
JOHN DOES 1- 10,000,

    Defendants.

CIVIL ACTION FILE

NO. 5:10-cv-00249-MTT

Removed from Superior Court
of Lamar County, Georgia
Case No. 10-CV-00422-F

AMENDED COMPLAINT AND
ANSWER TO MOTIONS TO DISMISS
JOHNSON & FREEDMAN, LLC, CHASE HOME FINANCE,
LLC, AND GLENN MOURIDY

COMES NOW, John Bartow Reynolds, living man, with this Amended Complaint and Answer to the Motions to Dismiss of Johnson & Freedman, LLC, Chase Homes Finance, LLC, and Glenn Mouridy with the following:

1

AMENDED COMPLAINT

1.

CHASE HOME FINANCE, LLC foreclosed on the lawful property of John Bartow Reynolds (Hereinafter "Plaintiff") with non-judicial process in violation of the Constitutions and Laws of the united States of America, republic and the Georgia State republic without ever proving the right to foreclose with evidence of possession of the "genuine debt" instrument (loan application), only using a "copy" of the security deed.

2.

GLENN MOURIDY as Chief Executive Officer of CHASE HOME FINANCE, LLC has a "fiduciary" duty to operate the LLC within the laws and policies of the Congress of the united States of America at all times or GLENN MOURIDY becomes liable for breach of fiduciary duty by allowing person or persons to represent the LLC in complete disregard of all laws and policies.

3.

JOHNSON & FREEDMAN, LLC provided legal advise/service to CHASE HOME FINANCE, LLC in the non-judicial process of taking property that is paid for. This breach in "fiduciary" duty as "Officers" of the Court violates the laws and constitutions for the united States of America republic and the Georgia State republic by willfully, intentionally, and deliberately making a claim that is in violation of all banking laws, policies and codes as set by the Congress of the united States of America republic. Johnson & Freedman, LLC is liable to Plaintiff for the legal injury of "theft" by deception and a non-judicial process upon which there is no defense and no evidence is needed.

4.

JOHNSON & FREEDMAN, LLC by and through its officers and agents entered into an agreement/conspiracy to defraud the Plaintiff of Plaintiff's lawful possession of real property. The process used in Lamar County, Georgia by Johnson & Freedman, LLC lacks the fundamental requirements

of establishing "subject matter jurisdiction" in a court of competent jurisdiction by not supplying the "genuine debt" instrument (loan application) and arguing that securing that instrument was not necessary to foreclose.

5.

Plaintiff hereby request that Defendants CHASE HOME FINANCE, LLC, GLENN MOURIDY, AND JOHNSON & FREEDMAN be made to produce the genuine debt instrument (original loan application) for examination in this Court. Per Plaintiff's understanding of Federal Rule of Evidence, Rule 1003, Plaintiff hereby OBJECT to the use of any "copy" of any document to be used by the Defendants in this Case. Plaintiff ask the Court to require the Defendants to present only the genuine documents (UCC 3-302) in making a Claim, or have the alleged foreclosure Reversed.

6.

Plaintiff also charge that Johnson & Freedman, LLC by using a non-judicial process denied Plaintiff an opportunity to respond and defend, or

4

due process of law. "Individual must be afforded notice and opportunity for hearing before he is deprived of any significant property interest, and exceptions to this principle can be justified only in extraordinary circumstances. [Randone v. Appellate Dept. of S. Ct. of Sacramento Co., 488 P. 13 (1971)

7.

Plaintiff hereby request an Order from this Court for the production of the genuine debt Instrument to be presented by the named Defendants, all assignment in the genuine debt instrument, and all recording of such assignments for forensic review by this Court. U.S. District Courts and Courts of Appeals have made it clear, "possession is 9/10 of the law." "To recover on a promissory note, the plaintiff must prove: (1) **the existence of the note in question; (2) that the party sued signed the note; (3) that the plaintiff is the owner or holder of the note; (4) that a certain balance is due and owing on the note.**" SMS Financial LLC. v. Abco Homes, Inc., No. 98-50117 February 18, 1999 (5th Circuit Court of Appeals.)

ANSWER TO MOTIONS FOR DISMISSAL

8.

5

Defendant CHASE HOME FINANCE, LLC is liable to Plaintiff for the unlawful foreclosure of property and has not proven an interest in the genuine debt instrument, an assignment in the genuine debt, and has not proven that CHASE HOME FINANCE, LLC is the "holder in due course" of the genuine debt instrument, and has not proven that lawful money was made available to the Plaintiff to begin this transaction. Plaintiff ask that the request for dismissal be denied until CHASE HOME FINANCE, LLC can prove their lawful/legal right to this foreclosure.

9.

GLENN MOURIDY as Chief Executive Officer (CEO) of CHASE HOME FINANCE, LLC has failed in his "fiduciary duty" as CEO and is liable to Plaintiff for willfully, intentionally, and deliberately seeking to displace Plaintiff without completing a constitutional judicial process, with no evidence entered in a law firm or court of competent jurisdiction that CHASE HOME FINANCE, LLC is the owner and/or holder in due course of the genuine debt instrument, thereby violating the due process clause of the 5th Amendment to the Constitution for the united States of America republic. Plaintiff ask that the request for dismissal be denied until GLENN

MOURIDY has submitted evidence into the record of this Court that proves he has not defrauded the Plaintiff.

10.

JOHNSON & FREEDMAN, LLC is in the business of providing "legal" services to individuals and entities in the State of Georgia, meaning its officers and agents are learned in law and there is no excuse for JOHNSON & FREEDMAN, LLC not following the provisions of law. By the actions of the agents of JOHNSON & FREEDMAN, LLC in the unlawful foreclosure case in Lamar County, Georgia, and according to 42 U.S.C. 1986, JOHNSON & FREEDMAN, LLC, its officers and agents with knowledge of law and a fiduciary duty to correct any wrong in law, is liable to Plaintiff for the production of a Claim that was not within the framework of the law, and for the willful, intentional, and deliberate act of taking that which does not belong to it in a manner that is impossible to defend, and has the appearance and backing of law through "colorable" law actions in a non-judicial action. Plaintiff ask that the request for dismissal of this Claim by JOHNSON & FREEDMAN, LLC be denied until JOHNSON & FREEDMAN, LLC can prove that the action taken in Lamar County, Georgia was lawful/legal, with the production of the genuine debt instrument

to support the claim of foreclosure.

PRAYER OF THE PLAINTIFF

This Plaintiff Prays to this Court for an Order for the production of the genuine debt instrument to prove the "right" to seek foreclosure by the owner/holder in due course thereof, and the action being brought by due process of law by an actual injured party.

This Plaintiff Prays to this Court for protection of Plaintiff's Rights afforded in the Constitutions for the united States of America republic and the Georgia State republic, as Plaintiff is only a common man and not learned of law.

Respectfully submitted this 20th day of July, 2010 by the hand of: John-Bartow: Reynolds  . A.R.R

## RULE 7.1(D) CERTIFICATE

The undersigned Party in Propria Persona certifies that this document has been prepared with of the font and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 20th day of July, 2010.

_____ A.R.R.
John Bartow Reynolds A.R.R.

## CERTIFICATE OF SERVICE

I, John Bartow Reynolds hereby certify that a copy of this Amended Complaint and Answer to the Motions for Dismissal was stamped into the record of the United States District Court for the Middle District of Georgia in the Macon Division and mailed to the individuals and entities as addressed by placing same in the care of a United States Postal Services Associates with proper postage paid for delivery.

| | |
|---|---|
| SHANNON J. MCGINNIS, # 387598<br>Wargo & French LLP<br>1170 Peachtree Street, N.E.<br>Suite 2020<br>Atlanta, Georgia 30309 | JOHN MITTELBACH, #472078<br>Wargo & French LLP<br>1170 Peachtree Street, N.E.<br>Suite 2020<br>Atlanta, Georgia 30309 |
| AUSTIN E. JAMES, Esq.<br>JOHNSON & FREEDMAN, LLC<br>1587 Northeast Expressway<br>Atlanta, Georgia 30329 | JOEL FREEDMAN, Esq.<br>JOHNSON & FREEDMAN, LLC<br>1587 Northeast Expressway<br>Atlanta, Georgia 30329 |
| KYLE S. KOTAKE, #428697<br>JOHNSON & FREEDMAN, LLC<br>1587 Northeast Expressway<br>Atlanta, Georgia 30329 | GLENN MOURIDY, CEO<br>3401 Morse Crossing<br>Columbus, Ohio 43219 |
| JOHNSON & FREEDMAN, LLC<br>1587 Northeast Expressway<br>Atlanta, Georgia 30329 | CHASE HOME FINANCE, LLC<br>3401 Morse Crossing<br>Columbus, Ohio 43219 |

_____    ARR
John Bartow Reynolds            ARR

# AFFIDAVIT OF NOTARY PRESENTMENT

# CERTIFICATION OF MAILING

State of Georgia )

County of Spalding )

On this 20th day of July, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that John Bartow Reynolds appeared before me with the following documents listed below. I the undersigned Notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Certified Mail receipt number

7006 0100 0004 4373 3864#

        To  JOHN MITTLEBACH #472078
             WARGO & FRENCH LLP
             1170 PEACHTREE STREET NE
             SUITE 2020
             ATLANTA, GEORGIA 30309

Pages 1-8 – Amended Complaint and Answer to Motions to Dismiss

Page 9    Rule 7.1 (D) Certificate

Pages 10 & 11  Certificate of Service

Witness my hand and official seal.

_Madison Leo Smith_      7-20-2010
Notary Public                 Date                      (Seal)

My commission expires 24 November, 20 13